814

September 24, 1969.

M. P. No. 184. WILLIAM HOOPER v. HARRY GOLDSTEIN *et al.* Motion of petitioner to reinstate petition for writ of certiorari granted. *David F. Sweeney,* for petitioner. *Robert J. McOsker,* City Solicitor, *Edward F. Malloy,* Asst. City Solicitor, for respondents.

M. P. No. 814. ROGER P. BRAMAN *et al.* v. WAWALOAM RESERVATION, INC., *et al.* Plaintiffs' motion to file petition for certiorari granted without prejudice to right of defendants to renew objection thereto at hearing on the merits, writ to issue forthwith.

Defendants' motion to dismiss appeal denied without prejudice.

Petition of Michael P. Metcalf and Helen D. Buchanan for leave to file briefs and to argue as amicus curiae granted, briefs to be filed in accordance with rules of court. *James P. Flynn, E. Paul Grimes,* for plaintiffs-petitioners; *Tillinghast, Collins and Tanner, James J. Skeffington* of counsel, amicus curiae for petitioners Michael P. Metcalf and Helen D. Buchanan. *Archibald B. Kenyon, Jr., James F. Murphy, Peter D. Nolan,* for defendants-respondents.

APPEAL No. 534. TRAVELLERS BUILDING ASS'N, INC. v. PROVIDENCE REDEVELOPMENT AGENCY. Motion for leave to reargue denied. *Arcaro, Belilove & Kolodney, Abraham Belilove,* for plaintiff. *Timothy J. McCarthy, Paul F. Casey,* for defendant.

September 30, 1969.

M. P. No. 412. MARVIN M. SHILLER AND WARREN L. SCHWERIN *d/b/a* OMEGA PROPERTIES v. RAYMOND GEMMA *et ux.* Motion for leave to reargue denied. *Raymond J. Surdut,* for petitioners. *Albert DiFiore,* for respondents.